# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00393-CV

**Mary Decker, Appellant**

**v.**

**Clifford Homes, LLC, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 15-0508-CC4, HONORABLE MICKEY RAY PENNINGTON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

On July 2, 2015, this Court stayed the writ of possession to be executed pursuant to an order signed by the trial court on June 23, 2015. It has come to our attention that on July 1, 2015, the trial court signed an order setting a supersedeas bond. *See* Tex. Prop. Code § 24.007(a). Accordingly, we lift the stay on the writ of possession.

It is so ordered July 6, 2015.

Before Justices Goodwin, Field, and Bourland